UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
Eastern District of Kentucky
**FILED**
AUG 0 3 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| ROY STILTNER, | ) |
| | ) CIVIL ACTION NO. 5:13-203 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) **OPINION AND ORDER** |
| DeEDRA HART, Warden | ) |
| | ) |
| Defendant | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the motion (DE 160) by the defendant, Warden DeEdra Hart, to amend her answer to the plaintiff's petition for habeas corpus relief, which was filed under 28 U.S.C. § 2254. The magistrate judge has reviewed the motion to amend and recommends that the Court deny it (DE 168). The warden has not filed any objections to that recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis and conclusions. Accordingly, the Court hereby ORDERS:

1) The magistrate judge's Recommended Disposition (DE 168) is ADOPTED as the Court's opinion; and

2) The warden's motion to amend her answer (DE 160) is DENIED.



Signed By:
Karen K. Caldwell
United States District Judge