UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

ROY STILTNER,  )
                                )   CIVIL ACTION NO. 5:13-203
    Plaintiff    )
                                )
v.              )
                                )   **JUDGMENT**
DeEDRA HART, Warden  )
                                )
    Defendant    )
                    \*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the opinion and order enter on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Stiltner's amended petition under 28 U.S.C. § 2254 for a writ of habeas corpus (DE 17) is DENIED;

2) this judgment is FINAL;

3) this matter is STRICKEN from the Court's active docket; and

4) the Court issues a certificate of appealability on a) the issue of whether Stiltner procedurally defaulted his claim that he received ineffective assistance of counsel at the time of his 1986 guilty plea on the state murder charge and b) the merits of the ineffective-assistance-of-counsel claim.

Dated October 21, 2019

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY